# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVENS CONSTRUCTION CORP.,

                    Plaintiff,

      v.                              Case No. 04-C-1144

CHICAGO REGIONAL COUNCIL OF
CARPENTERS, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICA,

                    Defendant.

## ORDER

        The court ORDERS that the "Motion for Leave to Supplement Appendix of Evidentiary Material Supporting Carpenters' Union Motion for Summary Judgment" (filed August 26, 2005) IS GRANTED.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 29th day of August, 2005.

                        s/Thomas J. Curran
                        THOMAS J. CURRAN
                        United States District Judge