# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVENS CONSTRUCTION CORP.,

        Plaintiff,

v.                                            Case No. 04-C-1144

CHICAGO REGIONAL COUNCIL OF
CARPENTERS, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICA,

        Defendant.

## OPINION AND ORDER

Having examined the principal submissions of the parties, the court **ORDERS** that the Plaintiff's "Motion to Strike" (filed August 5, 2005) **IS DENIED**. The Defendants have been allowed to supplement their evidentiary material in order to cure the defects noted by the Plaintiff.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of September, 2005.

                                  s/ Thomas J. Curran
                                  THOMAS J. CURRAN
                                  United States District Judge