# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STEVENS CONSTRUCTION CORP.,

    Plaintiff,

v.                                            Case No. 04-C-1144

CHICAGO REGIONAL COUNCIL OF
CARPENTERS, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICA,

    Defendant.

## OPINION AND ORDER

The court **ORDERS** that the "Plaintiff/Counter-Defendant's Motion to Strike Certain of Defendant/Counter-Plaintiff's Proposed Additional Facts" (filed September 2, 2005) **IS DENIED**. The court has denied the summary judgment motions, so the motion is irrelevant.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 7th day of September, 2005.

                                                    s/ Thomas J. Curran  
                                                    THOMAS J. CURRAN  
                                                    United States District Judge