# United States District Court

EASTERN DISTRICT OF WISCONSIN

STEVENS CONSTRUCTION CORP.

**JUDGMENT IN A CIVIL CASE**

      Plaintiff

      v.                       CASE NUMBER: 04-C-1144

CHICAGO REGIONAL COUNCIL OF
CARPENTERS, UNITED BROTHERHOOD
OF CARPENTERS & JOINERS OF AMERICA

      Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      This action came on for trial before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the issues having been tried to the court sitting without a jury, and a decision having been rendered,

      IT IS ORDERED AND ADJUDGED that:

      The Defendant Chicago Regional Council of Carpenters, United Brotherhood of Carpenters & Joiners of America and its representatives, officers, agents, employees and attorneys and those persons in active concert or participation with them, is permanently enjoined from:

      a. Alleging Stevens Construction is bound by the 2004 Collective Bargaining Agreement.

      b. Arbitrating the Grievance.

      c. Filing or submitting to arbitration any dispute with Stevens Construction arising under or relating to the 2004 Collective Bargaining Agreement; and

    d.  Threatening in writing, verbally, or in any manner, to pursue claims against Sevens Construction arising under or relating to the 2004 Collective Bargaining Agreement.

IT IS FURTHER ORDERED AND ADJUDGED

that the Defendant's counterclaims are dismissed upon their merits.

IT IS FURTHER ORDERED AND ADJUDGED

that this action is dismissed upon its merits and that the Plaintiff Stevens Construction Corp. is awarded its costs of this action.

<u>October 25, 2005</u>　　　　　　　　　　　　　　　　　　**SOFRON B. NEDILSKY**
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ B. Furlick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk